UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
Kevin Sexton,

                      08 Civ. 5632 (CM) (RLE)

            Plaintiff(s),

                      ORDER OF REFERENCE
    -against-                TO A MAGISTRATE JUDGE
Commissioner of Social Security,

            Defendant(s).
_____X

The above entitled action is referred to the Honorable Ronald L. Ellis, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

_____

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_ Settlement*

\_\_\_\_ Inquest After Default/Damages Hearing

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

\_\_\_\_ Habeas Corpus

✓ Social Security

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

* Do not check if already assigned for general pretrial.

Dated: July 7, 2008
       New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/08

SO ORDERED:

*[signature]*

Hon. Colleen McMahon
United States District Judge

Copies mailed/faxed/handed to counsel on 7/7/08