ORIGINAL

Ellis, MJ

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2804
Fax (212) 637-2750

RECEIVED
AUG 25 2008
RONALD L. ELLIS
U.S.M.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
KEVIN SEXTON,                  :
                               :
            Plaintiff,         :
                               :
        - v. -                 :
                               :   STIPULATION AND ORDER
                               :
MICHAEL J. ASTRUE,             :   08 Civ. 5632 (CM)(RLE)
Commissioner of                :
Social Security,               :
                               :
            Defendant.         :
                               :
- - - - - - - - - - - - - - - -x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-25-08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff, pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 8, 2008 to and including November 7, 2008.  This extension is requested

to allow the Social Security Administration sufficient time to evaluate its litigation position in this case. No previous extension has been granted in this case.

Dated: New York, New York
August /2, 2008

                              _____
                              KEVIN SEXTON
                              Plaintiff Pro Se
                              2508 Broadway
                              Apt. #10A
                              New York, New York 10025
                              Telephone No: (212)666-2528

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendant

                       By: _____
                              SUSAN C. BRANAGAN
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York   10007
                              Telephone No.: (212) 637-2804
                              Susan.Branagan@usdoj.gov


SO ORDERED:

_____ 8-25-08
UNITED STATES MAGISTRATE JUDGE